812

No. 04–1304. ALLEN OIL & GAS, LLC v. KLISH ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1328. FERGUSON v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 04–1333. NATIONAL SOLID WASTE MANAGEMENT ASSN. ET AL. v. PINE BELT REGIONAL SOLID WASTE MANAGEMENT AUTHORITY AND ITS BOARD OF COMMISSIONERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1335. GEIG v. CITY OF MACEDONIA, OHIO. C. A. 6th Cir. Certiorari denied.

No. 04–1346. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS v. FUJITSU LTD. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–1361. FULLENKAMP ET AL. v. JOHANNS, SECRETARY OF AGRICULTURE. C. A. 6th Cir. Certiorari denied.

No. 04–1365. CAPITAL SUISSE, INC., ET AL. v. HENTSCH HENCHOZ & CIE ET AL. Sup. Ct. Utah. Certiorari denied.

No. 04–1366. CALLERY v. UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1368. DELAWARE TRIBE OF INDIANS v. CHEROKEE NATION OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1380. JARNIS UNITED PROPERTIES CO. v. LEFKOVITZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–1383. SCHIFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–1396. SORRENTINO ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.